AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Patrick Baxter<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 22-mj-5440-JGD |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Patrick Baxter                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

   See affidavit of FBI Special Agent Bryce Montoya, attached hereto.

Date:   12/07/2022
                                                                          *Issuing officer's signature*

City and state:   Boston, MA                          Honorable Judith G. Dein, United States Magistrate Judge
                                                                           *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                          *Arresting officer's signature*

                                                                          *Printed name and title*