IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-mj-5440-JGD |
| | ) | |
| Patrick Baxter, | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit (with the exception of Sealed Exhibit A) , this motion, the Court's order on this motion, and any other paperwork related to this matter.  As grounds for this motion, the government states that public disclosure of these materials, with the exception of Sealed Exhibit A, will no longer jeopardize the ongoing investigation of this case or the government's ability to arrest the defendant, as the defendant was arrested on December 7, 2022.

The United States Attorney asks the Court to keep Sealed Exhibit A sealed because public disclosure of Sealed Exhibit A may reveal investigative techniques employed by the Federal Bureau of Investigation.  Such a revelation will hinder future investigations.  The United

2

States Attorney will provide the defense with a copy of Sealed Exhibit A upon the issuance of a non-disclosure order by the Court.

    Respectfully submitted,

    RACHAEL S. ROLLINS
    United States Attorney

By:  */s/ David G. Tobin*
    David G. Tobin
    Assistant U.S. Attorney

    Date:  12/08/2022